UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN C. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | No. 2:20-cv-0444-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He asserts claims arising out of events that occurred at Ironwood State Prison, in Riverside County. *See* ECF No. 1.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

/////

/////

1

| | |
|---|---|
| 1 | In this case, the defendants are located in and the claims arose in the County of Riverside. |
| 2 | Thus, venue properly lies in the Eastern Division of the United States District Court for the |
| 3 | Central District of California, and not in this district. *See* 28 U.S.C. § 1391(b); 28 U.S.C. |
| 4 | § 84(c)(1). |
| 5 | Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Eastern |
| 6 | Division of the United States District Court for the Central District of California. *See* 28 U.S.C. |
| 7 | § 1406(a). |
| 8 | DATED: March 5, 2020. |

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE